# 05-18-00648-CV

ACCEPTED
05-18-00648-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/8/2018 9:38 AM
LISA MATZ
CLERK

| | |
|---|---|
| Appellate Docket Number: | 05-18-00648-CV |
| Appellate Case Style: | Kelly Pope Worley and Kevin Pope |
| Vs. | Chrysanthi Avinger |
| Companion Case No.: | 366-00155-2015 |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/8/2018 9:38:15 AM
LISA MATZ
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: Fifth Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

---

### I. Appellant

[X] Person    [ ] Organization (choose one)

First Name: Kelley

Middle Name:

Last Name: Pope Worley

Suffix:

Pro Se: ◯

Please see attached page for second Appellant: Kevin Pope

### II. Appellant Attorney(s)

[X] Lead Attorney

First Name: Alton

Middle Name: C.

Last Name: Todd

Suffix:

Law Firm Name: The Law Firm of Alton C. Todd

Address 1: 312 S. Friendswood Dr.

Address 2:

City: Friendswood

State: Texas    Zip+4: 77546

Telephone: 281-992-8633   ext.

Fax: 281-648-8633

Email: alton@actlaw.com

SBN: 20092000

---

### III. Appellee

[X] Person    [ ] Organization (choose one)

First Name: Chrysanthi

Middle Name:

Last Name: Avinger

Suffix:

Pro Se: ◯

### IV. Appellee Attorney(s)

[X] Lead Attorney

First Name: Grady

Middle Name: R.

Last Name: Thompson

Suffix:

Law Firm Name: McWilliams & Thompson

Address 1: 2713 Virginia Pkwy

Address 2: Ste. 100

City: McKinney

State: Texas    Zip+4: 75071

Telephone: 972-542-1251   ext.

Fax: 972-562-9881

Email: grt@m-tlaw.com

SBN: 19910975

| Appellate Docket Number: | 05-18-00648-CV | |
|---|---|---|
| Appellate Case Style: | Kelly Pope Worley and Kevin Pope | |
| Vs. | Chrysanthi Avinger | |
| Companion Case No.: | 366-00155-2015 | |

| Amended/corrected statement: | **DOCKETING STATEMENT (Civil)** |
|---|---|
| | Appellate Court: Fifth Court of Appeals |
| | (to be filed in the court of appeals upon perfection of appeal under TRAP 32) |

| I.  Appellant | II.  Appellant Attorney(s) |
|---|---|
| [X] Person  [ ] Organization (choose one) | [X]  Lead Attorney |
| | First Name:  Alton |
| First Name:  Kevin | Middle Name:  C. |
| Middle Name: | Last Name:  Todd |
| Last Name:  Pope | Suffix: |
| Suffix: | Law Firm Name:  The Law Firm of Alton C. Todd |
| Pro Se:  ( ) | Address 1:  312 S. Friendswood Dr. |
| | Address 2: |
| | City:  Friendswood |
| | State:  Texas   Zip+4:  77546 |
| | Telephone:  281-992-8633   ext. |
| | Fax:  281-648-8633 |
| | Email:  alton@actlaw.com |
| | SBN:  20092000 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| [ ] Person  [ ] Organization (choose one) | [ ]  Lead Attorney |
| | First Name: |
| First Name: | Middle Name: |
| Middle Name: | Last Name: |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: |
| Pro Se:  ( ) | Address 1: |
| | Address 2: |
| | City: |
| | State:   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case):

Date order or judgment signed: 05/21/18     Type of judgment: Summary Judgment

Date notice of appeal filed in trial court: 05/31/18

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☐ Yes ☒ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☐ Yes ☒ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☐ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☐ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000? ☒ Yes ☐ No

Judgment or order disposes of all parties and issues: ☒ Yes ☐ No

Appeal from final judgment: ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | |
| Motion to Modify Judgment: | ☐ Yes ☒ No | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes ☒ No | |
| Motion to Reinstate: | ☐ Yes ☒ No | |
| Motion under TRCP 306a: | ☐ Yes ☒ No | |
| Other: | ☐ Yes ☒ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

Affidavit filed in trial court: ☐ Yes ☒ No     If yes, date filed:

Contest filed in trial court: ☐ Yes ☒ No     If yes, date filed:

Date ruling on contest due:

Ruling on contest: ☐ Sustained     ☐ Overruled     Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes  ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: ▓▓▓▓▓▓▓▓▓▓  Bankruptcy Case Number: ▓▓▓▓▓▓▓▓▓▓

## IX. Trial Court And Record

Court:  366th Judicial District Court

County:  Collin County

**Trial Court Docket Number (Cause No.):**  366-0155-2015

Trial Judge (who tried or disposed of case):

First Name:  Ray

Middle Name:

Last Name:  Wheless

Suffix:

Address 1:  2100 Bloomdale Road

Address 2 :  Ste. 30146

City:  McKinney

State:  Texas  Zip + 4:  75071

Telephone:  972-548-4570  ext.

Fax:

Email:  dthill@collincountytx.gov
Court Coordinator, Todd Hill

Clerk's Record:

Trial Court Clerk:  ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested:  06/01/18

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes ☐No ☐Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?  ☐ Yes ☒ No

Was reporter's record requested?  ☐ Yes ☒ No

Was there a reporter's record electronically recorded?  ☐ Yes ☒ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes ☐ No ☐ Indigent

☐ Court Reporter      ☐ Court Recorder
☐ Official           ☐ Substitute

First Name: 
Middle Name: 
Last Name: 
Suffix: 
Address 1: 
Address 2: 
City: 
State:    Texas           Zip + 4: 
Telephone:           ext. 
Fax: 
Email: 

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes   ☒ No      If yes, date filed: 

Will file: ☐ Yes   ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?    ☐ Yes   ☒ No

If yes, briefly state the basis for your request: 

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?     ☒ Yes   ☐ No

If no, please specify: 

Has the case been through an ADR procedure?    ☐ Yes   ☒ No

If yes, who was the mediator? 

What type of ADR procedure? 

At what stage did the case go through ADR?    ☐ Pre-Trial    ☐ Post-Trial    ☐ Other

If other, please specify: 

Type of case?    Appeal from granting summary judgment; ownership of excess funds from constable sale.

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

How was the case disposed of?    Summary Judgment

Summary of relief granted, including amount of money judgment, and if any, damages awarded.   $61,232.32

If money judgment, what was the amount? Actual damages:    $61,232.32

Punitive (or similar) damages:

Attorney's fees (trial): $0

Attorney's fees (appellate): $0

Other:

If other, please specify:

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☒ Yes ☐ No

Does judgment have a Mother Hubbard clause? ☒ Yes ☐ No

Other basis for finality?

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☐ Yes ☒ No

Can the parties agree on an appellate mediator? ☐ Yes ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
|      |         |           |     |       |

Languages other than English in which the mediator should be proficient:

Name of person filing out mediation section of docketing statement:

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                             Trial Court:

Style:

Vs.

**XIV. Pro Bono Program: (Complete section if filing in the 1st, 2nd, 3rd, 5th, or 14th Courts of Appeals)**

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee?  ☐ Yes ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

**XV. Signature**

Signature of counsel (or pro se party)

Date: 6-8-18

Printed Name: Alton C. Todd

State Bar No.: 20092000

Electronic Signature: /s/ Alton C. Todd
(Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  6-8-18  .

Signature of counsel (or pro se party)

Electronic Signature: _____
(Optional)

State Bar No.:  20092000

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:  6-8-18

Manner Served:  eservice

First Name:  Grady

Middle Name:  R.

Last Name:  Thompson

Suffix:

Law Firm Name: McWilliams & Thompson

Address 1:  2713 Virginia Parkway

Address 2:  Ste. 100

City:

State  Texas  Zip+4:  75071

Telephone:  972-542-1251  ext.

Fax:  972-562-9881

Email:  grt@m-tlaw.com

If Attorney, Representing Party's Name:  Chrysanthi Avinger

Filed: 5/31/2018 5:16 PM
Lynne Finley
District Clerk
Collin County, Texas
By Ashley Clark Deputy
Envelope ID: 24982947

CAUSE NO. 366-00155-2015

| | | |
|---|---|---|
| Eldorado Heights Section II Homeowners Association, Inc. | § § § | IN THE DISTRICT COURT |
| v. | § § § | COLLIN COUNTY, TEXAS |
| Allen Pope and Coeriene Pope | § § | 366th JUDICIAL DISTRICT |

## INTERVENORS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

**Intervenors Kelly Pope Worley and Kevin Pope**, by and through their undersigned counsel, ("Appellants"), in conformity with the requisites of Tex. R. App. P. 25.1(d)(1-5), hereby state their desire to appeal the Order on Intervenor Chrysanthi Avinger's, ("Appellee"), Motion for Summary Judgment, dated May 21st, 2018, signed and entered by the Hon. Ray Wheless, presiding District Judge of the 336th Judicial District Court of Collin County, Texas, sitting in McKinney, Texas, ("Trial Court"), such Order granting summary judgment in favor of said Intervenor Chrysanthi Avinger; and, hereby files this their Notice of Appeal, ("NOA"), regarding such. Pursuant to the Trial Court's stated Order, the Trial Court's grant of summary judgment became a final appealable order. (Id., at 2). Therefore, pursuant to Tex. R. App. P. 26.1, this NOA is timely filed.

Pursuant to Tex. R. App. P. 25.1(d)(4), Kelly Pope Worley and Kevin Pope confirm this appeal is taken to the Texas Fifth Circuit Court of Appeals, headquartered in Dallas, Texas, having jurisdiction over civil appeals taken from the Texas State District Courts sitting in McKinney, Collin County, Texas, among six (6) other Texas counties.

Respectfully submitted,

**The Law Firm of Alton C. Todd**

Alton C. Todd
State Bar No. 20092000
Seth Mitchell Park
State Bar No. 24102325
312 S. Friendswood
Friendswood, TX 77546
Ph: 281-992-8633
Fax: 281-648-8633
alton@actlaw.com
seth@actlaw.com

ATTORNEYS FOR INTERVENORS/
APPELLANTS KELLY POPE-WORLEY and
KEVIN WORLEY

## CERTIFICATE OF SERVICE

I confirm that this instrument was served on counsel of record pursuant to the Texas Rules of Civil Procedure on the 31ˢᵗ day of May, 2018.

McWilliams & Thompson
Grady R. Thompson
2713 Virginia Parkway, Ste. 100
McKinney, Texas 75701
Telephone: 972-542-1251
Facsimile: 972-562-9881
grt@m-tlaw.com

Alton C. Todd

Filed: 5/18/2018 11:04 AM
Lynne Finley
District Clerk
Collin County, Texas
By Morgan Hockett Deputy
Envelope ID: 24697314

CAUSE NO. 366-00155-2015

| | | |
|---|---|---|
| ELDORADO HEIGHTS SECTION II | * | IN THE 366TH JUDICIAL |

ELDORADO HEIGHTS SECTION II  *      IN THE 366TH JUDICIAL
HOMEOWNERS ASSOCIATION, INC.
Plaintiff

vs.            *          DISTRICT COURT OF

ALLEN POPE AND
COERIENE POPE
Defendants         *        COLLIN COUNTY, TEXAS

## ORDER GRANTING SUMMARY JUDGMENT

On the 22nd day of March, 2018, came on to be considered the Motion for Summary Judgment filed by Intervenor, CHRYSANTHI AVINGER.

The Court after considering the pleadings and the summary judgment evidence, and reviewing applicable law, is of the opinion that Intervenor's Motion for Summary Judgment is well taken and should be **GRANTED**.

*IT IS, ORDERED, ADJUDGED AND DECREED* by this Court that the Motion for Summary Judgment filed by Intervenor, CHRYSANTHI AVINGER, be, and hereby is, GRANTED.

All costs of court expended or incurred in this cause are adjudged against Intervenors KELLY POPE WORLEY and KEVIN POPE.

Intervenor is allowed such writs, orders of sale and other processes as may be necessary in the enforcement and collection of this judgment.

---

Order Granting Summary Judgment                                1

Any relief requested and not granted herein is denied.

This Order Granting Summary Judgment disposes of any and all claims against

all parties and is a full, final and appealable Judgment.

5/21/2018

SIGNED this _____ day of May, 2018.

_Ray Wheless_
JUDGE PRESIDING